IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMSEY RANDALL, | : | |
| Plaintiff, | : | 1:16-cv-0696 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| NURSE REBECCA RUMBERGER, | : | |
| *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**December 8, 2016**

NOW THEREFORE, upon consideration of Defendants' motions (Docs. 25, 27) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 25, 27) to dismiss are DEEMED unopposed and GRANTED.

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                      s/ John E. Jones III
                                      John E. Jones III
                                      United States District Judge